# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-CV-00373-RM-NRN

NORTHGAUGE HEALTHCARE ADVISORS, LLC

Plaintiff,

v.

CURI HOLDINGS, INC., as successor-in-interest to CONSTELLATION, INC., and MEDPLACE, INC. f/k/a HOOT MEDICAL, INC.

Defendants.

---

## ORDER DISMISSING MATTER WITH PREJUDICE AND VACATING JUDGMENT OF COSTS

---

Now before the Court is the Parties' Joint Stipulation of Dismissal and Motion to Vacate Award of Costs. Having considered the Parties' filing and consideration of their joint request, the Court hereby ORDERS that the Award of Costs entered by the Clerk (Doc. 150) is hereby vacated and the Clerk shall strike the Entry of Costs from the docket. It is

FURTHER ORDERED that all claims asserted by or against any party to this action are hereby dismissed with prejudice and the Parties shall bear their costs fees and expenses in accordance with their Confidential Settlement Agreement. It is

FURTHER ORDERED that Constellation's Motion for Attorneys' Fees [ECF 147] is denied as moot.

Entered this 24th day of June, 2024.

BY THE COURT:

Judge Regina M. Rodriguez

95717206.1